MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBEN RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | No. CR-10-0014-CRB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |

    The United States, by Assistant U.S. Attorney Aaron D. Wegner, and the defendant Ruben Rodriguez through his counsel of record, hereby move the Court to continue the date of the defendant's sentencing hearing until May 2, 2012, at 2:15 p.m., to allow for the probation officer's final presentence report to be completed. The government expects to have a contested sentencing hearing and needs more time to respond to the draft presentence report prepared by the probation officer.

    1.    The defendant has pled guilty to an information charging him with conspiracy to

distribute methamphetamine and heroin.

    2.    The probation officer assigned to this case will be out of the office from March 28-April 13.

    3.    As the defendant has pled guilty, there are no Speedy Trial Act concerns implicated by this continuance.

    4.    Accordingly, the parties ask the Court to continue the matter until May 2, 2012, at 2:15 p.m., for sentencing.

So Stipulated:

| | |
|---|---|
| March 22, 2012 | /S/ Aaron D. Wegner<br>AARON D. WEGNER<br>Assistant U.S. Attorney |
| March 22, 2012 | /S/ Christopher Cannon<br>CHRISTOPHER CANNON<br>Counsel for Defendant<br>Ruben Rodriguez |

GOOD CAUSE APPEARING, it is ordered that:

The date for defendant's sentencing hearing shall be continued from April 18, 2012, until May 2, 2012 to allow for the probation officer's final presentence report to be completed.

IT IS SO ORDERED.

DATED: March 27, 2012

_____
HON. CHARLES R. BREYER
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Charles R. Breyer]*